IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WILSON, and other similarly
situated individuals,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON;
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION; WARDEN J.
ROBERTSON; D.E. DUCART; DR.
MORIN; DR. J. HOFFMAN; NURSE
S.D. RAY; NURSE BOGLE; NURSE
M. SALAZAR,; MAUREEN
McCLEAN; DR. JACOBSEN; BILL
WOODS; T. LEMOS; CUMMINGS;
A. SHELTON; K. ROYAL; K.
WIGGINS; L. DALBEC; DR.
HOFFMANN; ANTHONY; V.
SNOW; MELTON; L. KIRBY; J.
RISENHOOVER; B. CHAUCER; D.
THORNBERG; R. RYAN; J.
JUNEAU; BELT; DONNA
BOECHLER; N. QUINTANA;
VALDEZ-PERNER; S. GATES; J.
VILLA; M. VOONG;

        Defendants.

_____/

No. C 18-0097 WHA (PR)

**ORDER OF DISMISSAL**

      On May 20, 2019, plaintiff's in forma pauperis status was revoked, and he was directed

to pay the filing fee within 28 days. He was cautioned that failure to do so would result in the

dismissal of this case. He has not paid the filing fee, and more than 28 days have passed.

//

//

Accordingly, this case is **DISMISSED** without prejudice to plaintiff brining his claims in a new case in which he pays the filing fee.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July ___1___, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE